UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D-1 DEANGELO JACKSON-
    PORTWOOD,
D-2 ANTON GREENWOOD,
D-3 ADARTHA TILLMAN,
D-6 CHRISTOPHER LINDSAY,
D-7 TAUREAN DAVIS,
D-8 MAURICE BROWN-
PORTWOOD,

      Defendants.
_____/

Case No. 23-cr-20253

Hon. Judith E. Levy

**United States' First Supplemental Sentencing Exhibit –
Additional Victim Impact Statement**

On March 6, 2025, the government submitted a combined sentencing memorandum for the defendants in this matter who have pleaded guilty and are scheduled to be sentenced this month, which included two victim impact statements that had been received as of the date of that filing. (ECF No. 164.) The government has now received an additional victim impact statement from victim R.T. (Attached hereto as supplemental Exhibit 1.)

R.T.'s personal information was used to file a fraudulent unemployment insurance claim in California that resulted in the disbursement of $38,250 in benefits—the claim was filed from an IP address associated with the scheme (the IP address for the scheme's VPS), and R.T.'s personal information was listed in the "AllEDDD" file stored on the VPS; in addition, the bank account associated with the fraudulent California claim in R.T.'s name was accessed multiple times in furtherance of the scheme, including on August 27, 2020, when Timothy and Tyrone Boyle accessed approximately 50 bank accounts associated with fraudulently obtained unemployment insurance claims to withdraw money.  R.T.'s personal information was also used to file an (unsuccessful) fraudulent unemployment insurance claim in Michigan, using a mailing address associated with one of the co-conspirators (Anton Greenwood).

        Respectfully submitted,

        JULIE A. BECK
        ACTING UNITED STATES ATTORNEY

        *s/Alyse Wu*
        Alyse Wu
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        Phone: (313) 226-9589
        E-Mail: alyse.wu@usdoj.gov

Dated: March 21, 2025

## **CERTIFICATE OF SERVICE**

I certify that on March 21, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Michigan using the ECF system, which will send notification of the filing to all users of record.

*s/Alyse Wu*
Alyse Wu
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9589
E-Mail: alyse.wu@usdoj.gov